UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELON HARPER | No: 2:26-mj-00065-KFW |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of case. This case is eligible for a detention order because the case involves:

    _____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _____ Crime of Violence

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon, or failure to register as a sex offender

    __X__ Serious risk defendant will flee

    _____ Serious risk of obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention

    _____

    _____

  ii.  Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which would reasonably assure:

    __ X __ Defendant's appearance as required

    __ X __ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because

    _____ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of 3 days.

5. Length of Detention Hearing. The United States will require ½ hour to present its case for detention.

Date: February 23, 2026

                ANDREW B. BENSON
                United States Attorney

                */s Shira B. Furman*
                Shira B. Furman
                Assistant United States Attorney
                U.S. Attorney's Office
                100 Middle Street
                Portland, Maine 04101
                (207) 780-3257
                Shira.Furman@usdoj.gov